**Electronically Filed
Supreme Court
SCWC-29868
26-JUN-2012
01:35 PM**

NO. SCWC-29868

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

EMERSON M.F. JOU, M.D., Petitioner/Provider-Appellant,

vs.

J.P. SCHMIDT, Insurance Commissioner,
Department of Commerce and Consumer Affairs, State of Hawai'i,
Respondent/Respondent-Appellee,

vs.

DAI-TOKYO ROYAL INSURANCE COMPANY,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29868; CIV. NO. 05-1-1053)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, and McKenna, JJ.,
Circuit Judge Kim, in place of Recktenwald, C.J., recused,
and Circuit Judge Pollack, assigned by reason of vacancy)

Petitioner/Provider-Appellant's application for writ of certiorari filed on May 14, 2012, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, June 26, 2012.

Stephen M. Shaw for
petitioner/provider-appellant

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Glenn J. Kim

/s/ Richard W. Pollack

